# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
APR -9 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

SHAWN DURBIN

*Plaintiff(s)*
v.
NATIONWIDE MUTUAL INSURANCE COMPANY and JOHN DOES,

*Defendant(s)*

Civil Action No. 5:18-CV-211

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award  ☐ Judgment costs  ☐ Other

This action was:

☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge John Preston Bailey

IT IS ORDERED that the Defendant's Motion to Dismiss is GRANTED; the Joint Motion to Stay Deadlines is DENIED AS MOOT; Judgment is entered in favor of the defendants; and this Civil Action is DISMISSED and STRICKEN from the active docket of this Court.

Date: April 9, 2019

*CLERK OF COURT*
Cheryl Dean Riley

*Signature of Clerk or Deputy Clerk*